UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 24-cr-00371-SKC

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**3. LAURO SANCHEZ-ROJAS,**

      Defendants.

_____

### MOTION FOR COMPETENCY DETERMINATION
_____

Martha H. Eskesen, court-appointed counsel for defendant Lauro Sanchez-Rojas, moves the Court for a hearing to determine whether he is mentally competent to proceed, as defined in 18 U.S.C. § 4241.

The grounds supporting counsel's good faith basis for questioning Mr. Sanchez-Rojas' competency and specific requests with respect to this motion are set forth in the Supplement to Motion for Competency Determination filed under restricted access contemporaneously with this motion.

Dated: May 18, 2026      MARTHA H. ESKESEN, P.C.

s/ Martha H. Eskesen
Martha H. Eskesen
7887 East Belleview Avenue, Ste. 1100
Denver, CO 80111
Telephone: (303) 228-1668
Facsimile: (303) 573-4921
Email: meskesen@eskesenlaw.com
*Attorney for Lauro Sanchez-Rojas*

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on May 18, 2026, I electronically filed the foregoing **MOTION FOR COMPETENCY DETERMINATION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Talia M. Bucci, Assistant U.S. Attorney
Talia.Bucci@usdoj.gov

And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Lauro Sanchez-Rojas          (via U.S. Mail)

MARTHA H. ESKESEN, P.C.

s/ Martha H. Eskesen
Martha H. Eskesen
7887 East Belleview Avenue, Ste. 1100
Denver, CO 80111
Telephone: (303) 228-1668
Facsimile: (303) 573-4921
Email: meskesen@eskesenlaw.com